UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

NEDA JOUDEH

CASE NO. 6:25-cr-00290-CEM-DCI

18 U.S.C. § 875(c)
(Transmission of Interstate Threat to Injure)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Transmission of Interstate Threat to Injure)**

On or about June 21, 2025, in the Middle District of Florida, and elsewhere, the defendant,

NEDA JOUDEH,
a/k/a "falasteen8090"

did knowingly transmit in interstate and foreign commerce, a communication containing a threat to injure or kill another person, that is, an online comment that included the statement, "I wish someone would in alive him," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL,



GREGORY W. KEHOE
United States Attorney

By: *Brandon Cruz*
Brandon Cruz
Assistant United States Attorney

By: *Michael P. Felicetta*
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
October 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

NEDA JOUDEH

INDICTMENT

Violations: 18 U.S.C. § 875(c)

[redacted]

Filed in open court this <u>29th</u> day

of October 2025.

_____
Clerk

Bail $_____

GPO 863 525