Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:25-mj-01090-SH-1

| | |
|---|---|
| Case title: USA v. Joudeh | Date Filed: 11/17/2025 |
| Other court case number: 6:25CR00290 MD/FL, Orlando | Date Terminated: 11/17/2025 |

Assigned to: Judge Susan Hightower

**Defendant (1)**

| | | |
|---|---|---|
| **Neda Joudeh**<br>*TERMINATED: 11/17/2025* | represented by | **Sufia M. Khalid**<br>Constitutional Law Center For Muslims in America<br>100 N. Central Expy., Suite 1010<br>Richardson, TX 75080<br>972-914-2507<br>Email: sufiamkhalid@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:875C.F Transmission of Interstate Threat to Injure | |

**Plaintiff**

USA represented by **Douglas W. Gardner**
United States Attorney's Office
903 San Jacinto Blvd.
Suite 334
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5854
Email: douglas.gardner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2025 | 1 | Arrest (Rule 5/Rule 32.1) of Neda Joudeh (sc) (Entered: 11/17/2025) |
| 11/17/2025 | 2 | NOTICE OF ATTORNEY APPEARANCE: Sufia M. Khalid appearing for Neda Joudeh (knf) (Entered: 11/17/2025) |
| 11/17/2025 | 3 | Minute Entry for proceedings held before Judge Susan Hightower: Initial Appearance in Rule 5 Proceedings as to Neda Joudeh held on 11/17/2025 (Minute entry documents are not available electronically.), Interpreter NOT required. (Court Reporter FTR Austin.) (mlg) (Entered: 11/17/2025) |
| 11/17/2025 | 4 | Report of Rule 5 Proceedings and Order Releasing the Defendant from custody as to Neda Joudeh. Signed by Judge Susan Hightower. (mlg) (Entered: 11/17/2025) |
| 11/17/2025 | 5 | ORDER Setting Conditions of Release as to Neda Joudeh.. Signed by Judge Susan Hightower. (mlg) (Entered: 11/17/2025) |
| 11/17/2025 | 6 | Notice to MD/FL - Orlando of a Rule 5 Hearing as to Neda Joudeh. Your case number is: 6:25-CR-290. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (mlg) (Entered: 11/17/2025) |