UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                            CASE NO. 6:25-cr-290-CEM-DCI

NEDA JOUDEH

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐     IS          related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒     IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Date: December 8, 2025

                                              Respectfully submitted,

                                              GREGORY W. KEHOE
                                              United States Attorney

By:   */s/Brandon Cruz*
        Brandon Cruz
        Assistant United States Attorney
        Florida Bar No. 1040423
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: Brandon.cruz@usdoj.gov

3

U.S. v. NEDA JOUDEH                    CASE NO. 6:25-cr-290-CEM-DCI

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Fritz J. Scheller
Sufia M. Khalid
Counsel for Defendant

                                                */s/ Brandon Cruz*
                                                Brandon Cruz
                                                Assistant United States Attorney
                                                Florida Bar No. 1040423
                                                400 W. Washington Street, Suite 3100
                                                Orlando, Florida 32801
                                                Telephone:      (407) 648-7500
                                                Facsimile: (407) 648-7643
                                                E-mail: Brandon.cruz@usdoj.gov