UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 6:25-cr-290-CEM-DCI**

**NEDA JOUDEH**

---

AUSA: Patrick Flanigan

Defense Attorneys: Fritz Scheller and Sufia Khalid, Retained

| | | | |
|---|---|---|---|
| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **September 4, 2026** 9:34 A.M. – 9:37 A.M. |
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 3 Minutes | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances made by counsel. Defendant appears via Zoom.

ENDORSED ORDER directing the Clerk's Office to return defendant's passport to defense counsel.

Case to be closed.

Court is adjourned.